In the Matter of the Petition of EDGAR T. BRACKETT, Appellant, to Enforce an Attorney's Lien in the Action of NELLIE B. DECKER, Plaintiff, *v.* FRED S. DECKER, Respondent.

*Matter of Brackett,* 114 App. Div. 257, affirmed.
(Argued May 21, 1907; decided June 4, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered October 20, 1906, which reversed an order of Special Term establishing a lien in favor of appellant herein.

*Benjamin P. Wheat* and *Edgar T. Brackett* for appellant.

*A. M. Mills* for respondent.

Order affirmed, without costs and without prejudice to any action the petitioner may bring against either party to the suit for the value of his services; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

ANNA L. JOHNSON, Respondent, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.

Reported below, 119 App. Div. 874.
(Submitted May 27, 1907; decided June 4, 1907.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 1, 1907, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

The motion was made upon the ground that the action was for services and not appealable to the Court of Appeals, permission to appeal not having been granted.

*Albert C. Aubery* for motion.

*William B. Ellison,* Corporation Counsel (*Theodore Connoly* of counsel), opposed.

Motion denied, without costs.